UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | MISC. No. 25-3003 (PMM) |
| | : | |
| **Potential Sanctions** | : | |
| **regarding Debtors' counsel,** | : | |
| **Joseph T. Bambrick, Jr., Esq.** | : | |
| | : | |

## AMENDED ORDER TO SHOW CAUSE

**AND NOW**, Joseph T. Bambrick ("Mr. Bambrick" or "Counsel") having failed to appear at hearings held in cases for which he is the attorney of record;

AND Mr. Bambrick's clients having appeared without the benefit of or communication from Counsel;

AND Counsel having failed to appear at and or failed to inform his clients of §341 meetings of creditors;

AND Counsel having failed timely to file documents in certain cases, causing the cases to be dismissed;

AND court hearings having revealed that Mr. Bambrick may not consistently be certain of the identity of his clients;

AND Counsel having placed debtors in a chapter 7 whose interests would be better served in a chapter 13 bankruptcy;

AND Mr. Bambrick having a continuing duty to represent his clients in their pending cases until or unless the Court enters an Order allowing him to withdraw said representation;

AND given these circumstances, it appears that Mr. Bambrick may not be adequately or in good faith representing the interests of the Debtors whom he represents;

It is therefore hereby **ORDERED**, that **Joseph T. Bambrick shall appear** for a hearing **in person** on **Thursday, June 5, 2025 at 2:00 p.m.** in the Fourth Floor Courtroom, Gateway Building, 201 Penn Street, Reading, PA 19601 and **show cause** why he should not be sanctioned for his failure to adequately represent his clients and why a referral to the Pennsylvania Disciplinary Board is not warranted.

Date:  5/16/25

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE

**Relevant Cases in which Mr. Bambrick was or is counsel of record**

Shubert v. Morel, AP# 24-147; main case #24-12980
Samuel E. Montgomery, 24-14066
Kenneth and Michelle Imes, 24-14566
Natalie Janice Perez, 24-10191
David C. Gray, Sr., 24-10402
Justin Walsh, 24-10670
Foday Sheriff, 24-10137
Dilson R. Polanco, 24-1192
David G. Rohrbach, 24-11205
Daniel M. Roth, 24-14075
Christopher L. Spadafora, 24-12167
Lynelle R. Heimbach, 24-12763
Victor and Susan Buono, 24-11802
Keith Michael Phillips, 25-11315